**NOT FOR PUBLICATION IN WEST'S HAWAIʻI REPORTS AND PACIFIC REPORTER**

**Electronically Filed
Intermediate Court of Appeals
CAAP-21-0000708
29-JAN-2024
07:53 AM
Dkt. 130 ODSD**

NO. CAAP-21-0000708

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAIʻI

STATE OF HAWAIʻI, Plaintiff-Appellee, v.
JULIA COMPTON, Defendant-Appellant

APPEAL FROM THE DISTRICT COURT OF THE THIRD CIRCUIT
NORTH AND SOUTH KONA DIVISION
(CASE NO. 3DTC-21-056161)

ORDER DISMISSING APPEAL
(By: Leonard, Acting Chief Judge, Nakasone and McCullen, JJ.)

Upon review of the record, it appears that:

(1) On January 12, 2024, the court ordered that within ten days from the order, self-represented Defendant-Appellant Julia Compton (**Compton**) shall show cause demonstrating why the appeal should not be dismissed for failure to file a first amended opening brief. The court cautioned Compton that failure to timely respond to the order or to show good cause may result in sanctions, including dismissal of this appeal; and

(2) Compton took no further action in this appeal.

Therefore, IT IS HEREBY ORDERED that the appeal is dismissed. Hawaiʻi Rules of Appellate Procedure Rule 30.

DATED: Honolulu, Hawaiʻi, January 29, 2024.

/s/ Katherine G. Leonard
Acting Chief Judge

/s/ Karen T. Nakasone
Associate Judge

/s/ Sonja M.P. McCullen
Associate Judge